IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JON RICHARD GOLDSMITH, <br><br> Plaintiff(s), <br><br> vs. <br> ADAMS COUNTY, IOWA, Adams County Deputy Sheriff CORY DORSEY and Adams County Sergeant PAUL HOGAN, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, <br> Defendant(s). | NO.   4:19-CV-00152 <br><br> **SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?  _X_ yes _____ no
   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:   JULY 15, 2019
2. Deadline for motions to add parties: AUGUST 23, 2019
3. Deadline for motions to amend pleadings: AUGUST 23, 2019
4. Expert witnesses disclosed by:   a) Plaintiff: SEPTEMBER 24, 2019
   b) Defendant: NOVEMBER 22, 2019
   c) Plaintiff Rebuttal: DECEMBER 20, 2020
5. Deadline for *completion* of discovery:   FEBRUARY 24, 2020
6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*): MARCH 24, 2020
7. Trial Ready Date (*at least 150 days after Dispositive Motions Date*):  JULY 24, 2020
8. Has a jury demand been filed?   _X_ yes _____ no
9. Estimated length of trial:   __3__ days
10. Settlement conference (choose one of the following):  (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or
    (b) _X_ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?   _X_ yes _____ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals?  28 U.S.C. § 636(c).
    _X_ yes _____ no

| | |
|---|---|
| /s/ Rita Bettis Austen | /s/ Kristopher K. Madsen |
| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
| ACLU of Iowa Foundation | Stuart Tinley Law Firm LLP |
| Address: 505 Fifth Ave., Ste. 808 <br> Des Moines, IA 50309 | Address: CenturyLink Building, 310 W. Kanesville Blvd., 2nd Floor, Council Bluffs, IA 51503 |
| Telephone: 515-207-0567 | Telephone: 712-322-4033 |
| Facsimile: 515-243-8506 | Facsimile: 712-322-6243 |
| E-mail address: rita.bettis@aclu-ia.org | E-mail address: kmadsen@stuarttinley.com |

_____
Attorney for Third-Party Defendant\Other:

Address:

Telephone:

Facsimile:

E-mail address:

## **JUDGE'S REVISIONS**

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan ____ **is** ____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

    ____ will not be scheduled at this time.

    ____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the ____ day of _____, at ____ o'clock, __.m.

    ____ will be held by telephone conference, initiated by the court, on the ____ day of _____, at ____ o'clock, __.m.

**DATED** this ____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## **ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this ____ day of _____.

_____
UNITED STATES DISTRICT JUDGE