# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JON RICHARD GOLDSMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADAMS COUNTY, IOWA, Adams County Deputy Sheriff CORY DORSEY and Adams County Sergeant PAUL HOGAN, in their individual and official capacities,<br><br>　　　　Defendants. | 4:19-cv-00152-HCA<br><br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

　　　　The parties have notified the Court that a settlement agreement has been reached as of July 2, 2019. Accordingly, all deadlines and hearings are canceled.

　　　　Closing documents shall be filed by **August 1, 2019**. If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

　　　　**IT IS SO ORDERED.**

　　　　Dated July 2, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Helen C. Adams
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Magistrate Judge