IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN RICHARD GOLDMSITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION No.: 4:19-cv-00152 |
| v. | : | |
| | : | Rule 41 STIPULATION OF DISMISSAL |
| ADAMS COUNTY, IOWA, | : | WITH PREJUDICE |
| Adams County Deputy Sheriff CORY | : | |
| DORSEY and Adams County Sergeant | : | |
| PAUL HOGAN | : | |
| | : | |
| Defendants. | : | |

## Rule 41 Stipulation

The parties, through undersigned counsel, hereby stipulate and agree that, pursuant to a negotiated settlement, all claims asserted in this lawsuit may be dismissed with prejudice, each party to bear their own fees and costs.

          Respectfully submitted,
          *s/Glen S. Downey*
          Glen S. Downey          AT0012428

          LAW OFFICES OF GLEN S. DOWNEY
          5214 Ingersoll Avenue
          Des Moines, IA, 50312
          412-865-7110
          Email: glen@downey-law.net

          /s/ Rita Bettis Austen
          Rita Bettis Austen, AT0011558

          ACLU OF IOWA FOUNDATION, INC.
          505 Fifth Ave., Ste. 808
          Des Moines, IA 50309–2317
          Telephone: 515.243.3988
          Fax: 515.243.8506
          Email: Rita.Bettis@aclu-ia.org

*Attorneys for Jon Goldsmith*

/s/Kristopher K. Madsen
Kristopher K. Madsen
Stuart Tinley Law Firm LLP
CenturyLink Building
310 W. Kanesville Blvd., 2nd Floor
Council Bluffs, IA  51503
Telephone: 712.322.4033
Fax: 712.322.6243
Email: kmadsen@stuarttinley.com

*Attorney for Defendants*